An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOHN GIBB; AND SHERRY GIBB,<br>Appellants,<br>vs.<br>BAC HOME LOAN SERVICES, LP<br>F/K/A COUNTRYWIDE HOME LOANS<br>SERVICING, LP,<br>Respondent. | No. 62526<br><br>**FILED**<br><br>MAY 2 1 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Having reviewed the parties' April 10, 2013, stipulation, the stipulation is approved, and this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Patrick Flanagan, District Judge
Mark L. Mausert
Akerman Senterfitt/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-14978